# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| OMA CONSTRUCTION, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TEAMSTERS LOCAL 174,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-01631-LK |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in the Court's July 2, 2025 Order, Dkt. No. 81, judgment is entered in favor of Defendant and against Plaintiff.

Dated July 2, 2025.

Ravi Subramanian
Clerk of Court

/s/Natalie Wood
Deputy Clerk
